UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

*Revised March 1, 2012*

-----------------------------------------------------------------x

JASON MALTZ, JEFFREY MALTZ and
MICHELE MALTZ-MATYSCHSYK

                    Plaintiff(s),      **CIVIL CASE DISCOVERY PLAN
AND SCHEDULING ORDER**

v.

PRUCO LIFE INSURANCE COMPANY        7:20 CV 6464 (VB)

                    Defendant(s).

-----------------------------------------------------------------x

      This Civil Case Discovery Plan and Scheduling Order is adopted, after consultation with counsel and any unrepresented parties, pursuant to Fed. R. Civ. P. 16 and 26(f):

1.    All parties    do not consent    to conducting all further proceedings before a Magistrate Judge, including motions and trial, pursuant to 28 U.S.C. § 636(c). The parties are free to withhold consent without adverse substantive consequences.  (If all parties consent, the remaining paragraphs of this form need not be completed.)

2.    This case [is] [is not] to be tried to a jury. *This case involves mixed legal and equitable claims.

3.    Amended pleadings may not be filed and additional parties may not be joined except with leave of the Court.  Any motion to amend or to join additional parties shall be filed by _November 20, 2020_.  (Absent exceptional circumstances, 30 days from date of this Order.)

4.    Initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) shall be completed by _November 4, 2020_.  (Absent exceptional circumstances, 14 days from date of this Order.)

5.    Fact Discovery

    a.    All fact discovery shall be completed by _March 22, 2021_.  (Absent exceptional circumstances, a period not to exceed 120 days from date of this Order.) * In light of the ongoing pandemic and anticipated difficulty in obtaining medical records and physician testimony, the parties respectfully request additional time for fact discovery.

    b.    Initial requests for production of documents shall be served by _November 20, 2020_.

    c.    Interrogatories shall be served by _January 18, 2021_.

\* The parties did not reach agreement on whether depositions should be remote. In light of the pandemic, the anticipated need of deposition testimony from medical professionals and the desire to avoid ad hoc disputes over this issue, Defendant sought agreement that all depositions be conducted remotely. Plaintiff seeks to reserve the right to in-person depositions if circumstances permit.

    d.    Non-expert depositions shall be completed by __March 22, 2021__.

    e.    Requests to admit shall be served by __January 18, 2021__.

    f.    Any of the interim deadlines in paragraphs 5(b) through 5(e) may be extended by the written consent of all parties without application to the Court, provided that all fact discovery is completed by the date set forth in paragraph 5(a).

6.    Expert Discovery

    a.    All expert discovery, including expert depositions, shall be completed by __May 6, 2021__. (Absent exceptional circumstances, 45 days from date in paragraph 5(a); i.e., the completion of all fact discovery.)

    b.    Plaintiff's expert disclosures pursuant to Fed. R. Civ. P. 26(a)(2) shall be made by __March 8, 2021__.

    c.    Defendant's expert disclosures pursuant to Fed. R. Civ. P. 26(a)(2) shall be made by __April 8, 2021__.

    d.    The interim deadlines in paragraphs 6(b) and 6(c) may be extended by the written consent of all parties without application to the Court, provided that all expert discovery is completed by the date set forth in paragraph 6(a).

7.    Additional provisions agreed upon by the parties are attached hereto and made a part hereof.

8.    **ALL DISCOVERY SHALL BE COMPLETED BY** __May 6, 2021__. (Absent exceptional circumstances, a period not to exceed 6 months from date of this Order.)

9.    All motions and applications shall be governed by the Court's Individual Practices, including the requirement of a pre-motion conference before a motion for summary judgment is filed.

10.    Unless otherwise ordered by the Court, within 30 days after the date for the completion of discovery, or, if a dispositive motion has been filed, within 30 days after a decision on the motion, the parties shall submit to the Court for its approval a Joint Pretrial Order prepared in accordance with the Court's Individual Practices. The parties shall also comply with the Court's Individual Practices with respect to the filing of other required pretrial documents.

11.    The parties have conferred and their present best estimate of the length of the trial is __3-5 Days__.

12. This Civil Case Discovery Plan and Scheduling Order may not be modified or the dates herein extended without leave of the Court or the assigned Magistrate Judge acting under a specific order of reference (except as provided in paragraphs 5(f) and 6(d) above).

13. The Magistrate Judge assigned to this case is the Honorable ___JUDITH C. MCCARTHY_____.

14. If, after the entry of this Order, the parties consent to trial before a Magistrate Judge, the Magistrate Judge will schedule a date certain for trial and will, if necessary, amend this Order consistent therewith.

15. The next case management conference is scheduled for _____ at _____.  (The Court will set this date at the initial conference.)

Dated: _____
       White Plains, NY

                                        SO ORDERED:


                                        _____
                                        Vincent L. Briccetti
                                        United States District Judge