UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
JASON MALTZ, JEFFREY MALTZ, and :
MICHELE MALTZ-MATYSCHSYK, :
                     Plaintiffs, :     **ORDER**
v. :
                                     :     20 CV 6464 (VB)
PRUCO LIFE INSURANCE COMPANY, :
                     Defendants. :
--------------------------------------------------------------x

As discussed at a telephone conference held on October 21, 2020, attended by counsel for all parties, it is HEREBY ORDERED:

1.     The next conference in this case shall take place on **May 20, 2021, at 2:00 p.m.** The parties shall use the following information to connect by telephone:

**Dial-In Number: (888) 363-4749 (toll free) or (215) 446-3662;**

**Access Code: 1703567**.

Dated: October 21, 2020
         White Plains, NY

                                         SO ORDERED:

                                         _/s/ Vincent L. Briccetti_
                                         Vincent L. Briccetti
                                         United States District Judge